UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURI GONZALEZ,<br><br>      Plaintiff,<br><br>v.<br><br>1718 VINE ST. LLC et al.,<br><br>      Defendants. | Case No. 2:23-cv-06210-SB-PVC<br><br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

    Defendant was served on August 21, 2023, and its responsive pleading was due September 11, 2023. Dkt. No. 13. Defendant has failed to respond, and Plaintiff has not sought entry of default. Plaintiff is ordered to show cause, in writing, no later than November 13, 2023, why this action should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before November 13, 2023, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendant.

    IT IS SO ORDERED.

Date: November 7, 2023

                                            Stanley Blumenfeld, Jr.
                                            United States District Judge